468 A.2d 846

Commonwealth v. Cook, Appellant.

Submitted October 3, 1983. Alexander Hemphill, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

The judgment of sentence for criminal trespass is vacated and set aside. The judgments of sentence for burglary and criminal conspiracy are affirmed.